IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK ISAAC PATTON, JR.
#157330                                                                                    PLAINTIFF

VS.                                      4:17-CV-00842-BRW-JTR

CHERRY L. COMIC, Deputy,
Pulaski County Regional Detention Center, *et al.*                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 14th day of March, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).